1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9    LAURA HOLM,                )
                                )
10            Plaintiff,        )        No. C08-4535 BZ
                                )
11       v.                     )
                                )        **ORDER RESCHEDULING HEARING**
12   COUNTY OF MENDOCINO, et al.,)
                                )
13                              )
              Defendant(s).     )
14   _____)

15       Counsel for plaintiff has noticed a motion to withdraw

16   for August 5, 2009, a date that is not available.  **IT IS**

17   **THEREFORE ORDERED** that the motion is rescheduled for **August**

18   **12, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal

19   Building, 450 Golden Gate Avenue, San Francisco, California

20   94102.  If Ms. Holm intends to oppose the motion, she shall

21   file her opposition by **July 20, 2009**.

22       **IT IS FURTHER ORDERED** that Mr. Lewis shall serve a copy

23   of this Order on Ms. Holm.

24   Dated: June 25, 2009

25                                    Bernard Zimmerman
                                  United States Magistrate Judge
26
     G:\BZALL\-BZCASES\HOLM V. CTY. OF MENDOCINO\ORDER RESCHEDULING MOT TO WITHDRAW HRG.wpd
27

28

                                     1