JEANINE B. NADEL, County Counsel    SBN 106996
DOUGLAS L. LOSAK, Chief Deputy SBN 220443
County of Mendocino - Administration Center
501 Low Gap Road, Room 1030
Ukiah, CA  95482

Telephone:  (707) 463-4446
Facsimile:   (707) 463-4592

Attorneys for Defendants County of Mendocino,
 and Christopher Warrick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOLM,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF MENDOCINO, CHRISTOPHER WARRICK, individually and as a representative of County of Mendocino, and Does 1 through 10, inclusive<br><br>         Defendants. | No. CV 08 4535 BZ<br><br>[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY<br><br>Date:    August 12, 2009<br>Time:    10:000 a.m.<br>Ctrm:    G, 15th Floor<br>Judge:   Honorable Bernard Zimmerman |

Defendants County of Mendocino and Christopher Warrick filed a Request to Appear Telephonically at the above-captioned hearing.  After considering Defendants' motion and the file and records contained within the Court file, the Court hereby ORDERS that Defendants' motion is GRANTED.

> The Court does not ordinarily permit telephonic appearance on motions and  makes this exception because of the nature of the motion. Cousel shall contact CourtCall **1-888-882-6878.**

IT IS SO ORDERED.

DATED: July _6__, 2009

_____
BERNARD ZIMMERMAN
United States Magistrate Judge
District of California

**IT IS SO ORDERED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS'
REQUEST TO APPEAR TELEPHONICALLY
[CV-08-4535 BZ]