1  SCOTT A. LEWIS, ESQ. (SBN: 149094)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ LLP
   438 First Street, 4th Floor
3  Post Office Box 1028
   Santa Rosa, CA 95402-1028
4  Telephone: (707) 525-8800
   Facsimile: (707) 545-8242
5

6  Attorneys for Plaintiff LAURA HOLM

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LAURA HOLM,                              **CASE NO. C 08-04535 BZ**

12              Plaintiff,                  [PROPOSED] ORDER GRANTING
                                            REQUEST TO APPEAR
13     vs.                                  TELEPHONICALLY

14 COUNTY OF MENDOCINO,                     Date: August 12, 2009
   CHRISTOPHER WARRICK, individually        Time: 10:000 a.m.
15 and as representative of COUNTY OF       Ctrm: G, 15th Floor
   MENDOCINO, and DOES 1 through 10,        Judge: Honorable Bernard Zimmerman
16 inclusive,

17              Defendants.
                                         /
18

19     Scott A. Lewis, attorney for the above-captioned plaintiff, filed on July 13, 2009, a request

20 to appear telephonically at the hearing of his Motion to Withdraw as Counsel for plaintiff. After
                                                   and receiving no opposition from plaintiff,
21 considering his motion and the file and records contained within the court file, the court hereby

22 orders that Mr. Lewis's motion is granted. Mr. Lewis shall contact CourtCall,
                                            telephonic court appearances at
23     IT IS SO ORDERED.                    1-888-882-6878, and make arrangements
                                            for the telephonic conference call.
24 DATED: _____ 2009   _____

25                                       BERNARD ZIMMERMAN
                                         United States Magistrate Judge
26

27

28

Order Granting Plaintiff's Request to Appear Telephonically
C 08-04535 BZ

[SEAL: IT IS SO ORDERED / Bernard Zimmerman / Judge Bernard Zimmerman / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]