UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOLM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>　　　　Defendant(s). | No. C08-4535 BZ<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

　　　On August 12, 2009, the Court heard the motion of Scott A. Lewis and Perry, Johnson, Anderson, Miller & Moskowitz LLP to withdraw as attorneys of record for plaintiff Laura Holm. Ms. Holm had been served with the moving papers. Ms. Holm did not appear at the hearing and filed no opposition to the motion.

　　　Good cause appearing, **IT IS HEREBY ORDERED** as follows:

　　　1.　The motion to withdraw is **GRANTED** conditionally pursuant to Civil Local Rule 11-5(b). Until Mr. Lewis and his firm are entirely relieved of their responsibilities under paragraph 6 below, or until plaintiff appears by new counsel or pro se, papers for plaintiff may be continued to be served

1

on Mr. Lewis who is to use his best efforts to transmit them to plaintiff.

    2.   By **October 5, 2009**, Ms. Holm is **ORDERED** to either substitute herself pro se or obtain new counsel who shall file a substitution.

    3.   A status conference is scheduled for **October 19, 2009 at 4:00 p.m.** for the purpose of setting a new trial schedule. Ms. Holm or her new counsel, should she retain one, shall appear personally at this conference.

    4.   If Ms. Holm fails to comply with paragraphs 3 and 4 above, the Court will issue an order to show cause why this case should not be dismissed for lack of prosecution.

    5.   If Ms. Holm has decided not to continue prosecuting this case, she shall file promptly a writing asking this Court to dismiss the case without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    6.   Mr. Lewis and his firm will be relieved of all responsibility once plaintiff files an appropriate substitution or fails to appear at the status conference.

    7.   All pending trial and pretrial dates are **VACATED.**

    8.   Mr. Lewis shall transmit a copy of this Order to Ms. Holm.

Dated: August 13, 2009

                                              */s/ Bernard Zimmerman*
                                                   Bernard Zimmerman
                                          United States Magistrate Judge

G:\BZALL\-BZCASES\HOLM V. CTY. OF MENDOCINO\ORDER GRANTING MOT TO WITHDRAW.wpd