1  SCOTT A. LEWIS, ESQ. (SBN: 149094)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ LLP
   438 First Street, 4th Floor
3  Post Office Box 1028
   Santa Rosa, CA 95402-1028
4  Telephone: (707) 525-8800
   Facsimile: (707) 545-8242
5

6  Attorneys for Plaintiff LAURA HOLM

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 LAURA HOLM,                          **CASE NO. C 08-04535 BZ**

12             Plaintiff,               [PROPOSED] ORDER GRANTING
                                        REQUEST TO APPEAR
13     vs.                              TELEPHONICALLY

14 COUNTY OF MENDOCINO,                 Date: October 19, 2009
   CHRISTOPHER WARRICK, individually   Time: 4:00 p.m.
15 and as representative of COUNTY OF   Ctrm: G, 15th Floor
   MENDOCINO, and DOES 1 through 10,    Judge: Honorable Bernard Zimmerman
16 inclusive,

17             Defendants.
   _____/
18

19     Scott A. Lewis, attorney for the above-captioned plaintiff, filed on October 8, 2009, a

20 request to appear telephonically at the Status Conference on the above-referenced date. After

21 considering his motion and the file and records contained within the court file, the court hereby

22 orders that Mr. Lewis's motion is granted.  Counsel shall contact **CourtCall,**
                                               telephonic court appearances at
23     IT IS SO ORDERED.                       **1-888-882-6878,** and make arrangements
                                               for the telephonic conference call.
24

25

26 DATED: __October 8__, 2009    _____
                                  BERNARD ZIMMERMAN
27                                United States Magistrate Judge

28

Order Granting Plaintiff's Counsel's Request to Appear Telephonically
C 08-04535 BZ