LAW OFFICES OF
**DANIEL RAY BACON**
234 VAN NESS AVENUE
SAN FRANCISCO, CALIFORNIA 94102-4515

TELEPHONE
(415) 864-0907

FACSIMILE
(415) 864-0989

EMAIL: bacondr@aol.com

October 15, 2009

VIA HAND-DELIVERY

**RECEIVED**

OCT 1 5 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Laura Holm v. County of Mendocino, et al
    United States District Court for the Northern District of California #C-08 4535 BZ

Dear Judge Zimmerman:

   The Plaintiff, Laura Holm, has just consulted my office about the above-referenced case, which is set for a status conference on October 19, 2009 at 4:00 P.M. before your Honor. Since I have not had time to review the files and meet with the plaintiff in my office, I am requesting that the matter be continued for one month to allow me time to meet with the plaintiff and review all of the files in this matter. I have also been informed that the ordered mediation never occurred in this case. I need additional time to meet with the plaintiff and review this case and respectfully request that the currently scheduled conference be continued for one month in order for me to conduct an adequate review of the case.

   Thank you for your consideration in this matter.

                                            Very truly yours,

                                            DANIEL RAY BACON

DRB:db
cc: Laura Holm
    Douglas L. Losak, Esq., Counsel for Defendant via fax (707) 463-4592

Request granted. Status conference continued to November 16, 2009 at 4:00 p.m. Mr. Lewis and County Counsel may aapear via Court Call.

October 19, 2009

[GRANTED seal — Judge Bernard Zimmerman, United States District Court, Northern District of California]