```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


LAURA HOLM,                    )
                               )
          Plaintiff,           )   No. C08-4535 BZ
                               )
     v.                        )   ORDER TO SHOW CAUSE
                               )
COUNTY OF MENDOCINO, et al.,   )
                               )
                               )
          Defendant(s).        )
                               )
```

On August 13, 2009 I ordered plaintiff to either substitute herself pro se or obtain new counsel. I ordered plaintiff to personally appear at the next status conference, scheduled for October 19, 2009. I informed plaintiff that failure to comply with either of these orders would result in the issuance of an order to show cause why the case should not be dismissed for failure to prosecute.

On October 15, 2009 Daniel Ray Bacon notified the court that he might take on plaintiff as a client and requested an extension of time for the case management conference scheduled for October 19, 2009. I continued the conference until November 30, 2009, at which time plaintiff failed to appear

1

1  either in person or through counsel.  Mr. Bacon has not
2  notified the court whether he intends to represent plaintiff
3  but has indicated that plaintiff missed two scheduled meetings
4  with him.
5      Plaintiff is hereby **ORDERED** to show cause in writing by
6  **DECEMBER 15, 2009** why this case should not be dismissed for
7  lack of prosecution or for failure to comply with prior court
8  orders.  Failure to provide a satisfactory explanation will
9  result in a dismissal of this case.
10     Mr. Lewis shall serve this Order on plaintiff at her last
11 known address.
12 Dated: December 1, 2009

                                    _____
                                          Bernard Zimmerman
                                      United States Magistrate Judge

15 G:\BZALL\-BZCASES\HOLM V. CTY. OF MENDOCINO\ORDER TO SHOW CAUSE.wpd