1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   LAURA HOLM,                    )
                                    )
12           Plaintiff,             )      No. C08-4535 BZ
                                    )
13       v.                         )
                                    )      **ORDER DISMISSING CASE**
14   COUNTY OF MENDOCINO, et al.,)
                                    )
15                                  )
             Defendant(s).          )
16   _____)

17       Plaintiff having failed to show cause why this case

18   should not be dismissed for lack of prosecution or for failure

19   to comply with prior court orders, as ordered on December 1,

20   2009, **IT IS HEREBY ORDERED** that this case is dismissed without

21   prejudice.

22   Dated: December 30, 2009

23                              _____
                                     Bernard Zimmerman
24                              United States Magistrate Judge

25   G:\BZALL\-BZCASES\HOLM V. CTY. OF MENDOCINO\ORDER OF DISMISSING CASE.wpd

26

27

28

                                    1