UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOLM,<br><br>           Plaintiff,<br><br>      v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>           Defendant(s). | No. C08-4535 BZ<br><br>**JUDGMENT** |

The Court having dismissed this case on December 30, 2009, **IT IS ORDERED and ADJUDGED** that plaintiff recover nothing, that the complaint be dismissed without prejudice, and that defendants recover from plaintiff their costs of action.

Dated: December 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLM V. CTY. OF MENDOCINO\JUDGMENT.wpd

1